UNSEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 JUL 22 PM 3:09

UNITED STATES OF AMERICA

v.

CASE NO. 6:15-cr-172-Orl-31KRS
18 U.S.C. § 1715

JEREMY ORTIZ-MOLINA
MELANIE KIM PEREIRA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 24, 2012, in Volusia County, Florida, in the Middle District of Florida,

**JEREMY ORTIZ-MOLINA**
and
**MELANIE KIM PEREIRA**

the defendants herein, aiding and abetting each other and others both known and unknown to the Grand Jury, did knowingly deposit with the United States Postal Service for mailing or delivery a nonmailable firearm, to wit: A Springfield Armory, SA-XD, .45 caliber handgun bearing serial number US605745.

All in violation of Title 18, United States Code, Section 1715, and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

vs.

THE UNITED STATES OF AMERICA

JEREMY ORTIZ-MOLINA
MELANIE KIM PEREIRA

## INDICTMENT

Violations:

18 U.S.C. § 1715

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of July, 2015.

_____
Clerk

Bail  $ _____

GPO 863 525